IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TIMOTHY G. PRYER,**                                                         **PLAINTIFF**

**V.**                                                          **NO. 1:06CV302-D-B**

**BETTY FRENCH, et al.,**                                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

THIS the 6th day of December, 2006.

/s/ Glen H. Davidson
Chief Judge